Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Tatanisha Bayless

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATANISHA BAYLESS, | Case No.: 3:10 CV 02562 JCS |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE: 4/20/11

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

-1-

1 | DATE: April 18, 2011        Respectfully submitted,

2                               LAW OFFICES OF LAWRENCE D. ROHLFING

3                                  /s/ *Steven G. Rosales*
                BY:_____

4                             Steven G. Rosales
                            Attorney for plaintiff Tatanisha Bayless

-2-